NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK W. KILBOURNE,**
*Appellant*

**v.**

**APPLE INC., AUGUST HOME, INC.,**
*Appellees*

---

2020-1665

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00233.

---

**JUDGMENT**

---

ROBERT JAMES MCAUGHAN, JR., McAughan Deaver PLLC, Houston, TX, argued for appellant. Also represented by ALBERT BERTON DEAVER, JR.

JENNIFER NOCK, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for appellees. Also represented by JOSEPH A. HYNDS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>February 24, 2021</u>      <u>/s/ Peter R. Marksteiner</u>
Date                Peter R. Marksteiner
                    Clerk of Court